

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-206-CV

BUILDING TOMORROW'S TALENT, LLC            APPELLANTS
AND MATTHEW GAY

V.

DORIS MARIE SIMS AND            APPELLEES
SUCCESSION BUILDERS, LLC

----------

### FROM THE 158TH DISTRICT COURT OF DENTON COUNTY

----------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties'"Joint Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED: June 12, 2008

---

[1] *See* TEX. R. APP. P. 47.4.